**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 24-1810**

───────────────

In re: TRISTAN W. GILLESPIE,

      Respondent - Appellant.

───────────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, Chief District Judge.  (1:21-mc-00014)

───────────────

Submitted:  May 14, 2025                                        Decided:  May 20, 2025

───────────────

Before KING, THACKER, and HARRIS, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Tristan Wade Gillespie, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tristan Wade Gillespie appeals the district court's order imposing a four-month suspension on his ability to practice law. We will vacate a district court's disciplinary order "only when the conduct of the district court was irregular or was flagrantly improper." *In re Morrissey,* 305 F.3d 211, 218 (4th Cir. 2002). We have reviewed the record and find no reversible error because, as the district court concluded, Gillespie made misrepresentations to defendants and to the court in numerous civil actions he filed asserting claims under the Americans with Disabilities Act, 42 U.S.C. §§ 12181 to 12189. Accordingly, we affirm the district court's order. *In re Gillespie*, No. 1:21-mc-00014 (D. Md. Aug. 7, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*